UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JENNIFER HILTON, :
:
Plaintiff, :
: 20-CV-9318 (JMF)
-v- :
: ORDER
ANDREW SAUL, *Acting Commissioner of Social* :
*Security*, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated November 9, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 7. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **January 5, 2021**.

      SO ORDERED.

Dated: December 29, 2020
      New York, New York

_____
JESSE M. FURMAN
United States District Judge