UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JENNIFER HILTON,

                          Plaintiff,

        -against-                                    20 **CIVIL** 9318 (RWL)

## JUDGMENT

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

                          Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 9, 2022, and pursuant to sentence four of 42 U.S.C. § 405(g), Hilton's motion is GRANTED, the Commissioner's motion is DENIED, and this case is remanded for further proceedings consistent with the opinion.

**Dated:** New York, New York

       May 9, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                        **BY:**

                                                     **Deputy Clerk**